UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CATANO,<br>*on behalf of himself and others similarly situated*,<br><br>　　　　　　　　Plaintiff,<br><br>　- against -<br><br>MARGON RESTAURANT CORP.<br>　d/b/a MARGON,<br>GUADALUPE RIVAS,<br>and RAFAEL RIVAS,<br><br>　　　　　　　　Defendants. | NOTICE OF ACCEPTANCE OF<br>OFFER OF JUDGMENT<br>PURSUANT TO FED. R. CIV. P. 68 |

Pursuant to Fed. R. Civ. P. 68(a), Plaintiff hereby serves written notice that he accepts the attached Offer of Judgment.

Dated: January 31, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**BROWN, KWON & LAM, LLP**

　　　　　　　　　　　　By: _____/s/_____

　　　　　　　　　　　　　　　　Angela Kwon, Esq.
　　　　　　　　　　　　　　　　521 Fifth Avenue, 17th Floor
　　　　　　　　　　　　　　　　New York, NY 10175
　　　　　　　　　　　　　　　　Tel.: (212) 295-5828
　　　　　　　　　　　　　　　　akwon@bkllawyers.com
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*