UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR CATANO,
*on behalf of himself and others similarly situated*,

                Plaintiff,

- against -

MARGON RESTAURANT CORP.
   d/b/a MARGON,
GUADALUPE RIVAS,
and RAFAEL RIVAS,

                Defendants.

**[PROPOSED]
JUDGMENT ON AN ACCEPTED OFFER
PURSUANT TO FED. R. CIV. P. 68**

---

**WHEREAS**, pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants MARGON RESTAURANT CORP., GUADALUPE RIVAS, and RAFAEL RIVAS (collectively, "Defendants") having offered to allow Plaintiff VICTOR CATANO ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Twenty-Seven Thousand Dollars ($27,000.00), inclusive of reasonable attorneys' fees, expenses and costs to the date of this offer for Plaintiff's federal and state law claims;

**WHEREAS**, on January 31, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' offer of judgment (ECF Dkt. No. 23);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of $27,000.00 as against Defendants in full and final resolution of Plaintiff's claims in this action. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2023

_____
HON. GREGORY H. WOODS
United States District Judge