UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR CATANO,
*on behalf of himself and others similarly situated*,

           Plaintiff,

- against -

MARGON RESTAURANT CORP.
   d/b/a MARGON,
GUADALUPE RIVAS,
and RAFAEL RIVAS,

           Defendants.

Case No.: 22-cv-8299

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

      Pursuant to Fed. R. Civ. P. 68(a), Plaintiff hereby serves written notice that he accepts the attached Offer of Judgment.

Dated:  January 31, 2023
        New York, New York

                                    Respectfully submitted,

                                    **BROWN, KWON & LAM, LLP**

                           By: _/s/ Angela Kwon_

                                    Angela Kwon, Esq.
                                    521 Fifth Avenue, 17th Floor
                                    New York, NY 10175
                                    Tel.: (212) 295-5828
                                    akwon@bkllawyers.com
                                    *Attorneys for Plaintiff*