USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                        :

VICTOR CATANO, *on behalf of himself and others similarly situated*,

                                 Plaintiff,

-v -

MARGON RESTAURANT CORP., *d/b/a* Margon, *et al.*,

                                 Defendants.

------------------------------------------------------------------ X

1:22-cv-8299-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       On January 30, 2023, the Court entered a "30-day order" in this case. Dkt. No. 22. That order is hereby WITHDRAWN. The Court will enter the parties' proposed judgment by separate order.

       SO ORDERED.

Dated: February 1, 2023
       New York, New York

                                                                              _____
                                                                              GREGORY H. WOODS
                                                                            United States District Judge